**12/18/2015**                                                     **COA No. 13-14-00038-CR**
**STORY, ALLAN LATOI    Tr. Ct. No. 2011-2499-c1          PD-1626-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

DISTRICT ATTORNEY MCLENNAN COUNTY
ABELINO 'ABEL' REYNA
219 N. 6TH STREET, SUITE 200
WACO, TX  76701
* DELIVERED VIA E-MAIL *

**12/18/2015**             **COA No. 13-14-00038-CR**
**STORY, ALLAN LATOI  Tr. Ct. No. 2011-2499-c1**   **PD-1626-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

                    Abel Acosta, Clerk

      LISA MCMINN
      STATE PROSECUTING ATTORNEY
      P.O. BOX 13046
      AUSTIN, TX  78711
      * DELIVERED VIA E-MAIL *

**12/18/2015**                                                                **COA No. 13-14-00038-CR**
**STORY, ALLAN LATOI     Tr. Ct. No. 2011-2499-c1          PD-1626-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The
Court requires ten copies of this document to be filed in this office within three (3)
days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the
petition.]

Abel Acosta, Clerk

DOYLE LYNN  YOUNG
LAW OFFICE OF DOYLE L. YOUNG, P.C.
PO BOX 2174
WACO, TX  76703-2174
* DELIVERED VIA E-MAIL *

**12/18/2015**                                                                          **COA No. 13-14-00038-CR**
**STORY, ALLAN LATOI      Tr. Ct. No. 2011-2499-c1                PD-1626-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *